**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* Geordie Sanborn, Cheryl Lovell, and William McKusick, | ) ) ) ) | |
| Plaintiffs, | ) | No. 17-cv-12125-ADB |
| v. | ) ) | No. 17-cv-12543-ADB |
| ATHENAHEALTH, INC., | ) ) | |
| Defendant. | ) ) ) | |

## PLAINTIFFS' JOINT NOTICE OF PARTIAL DISMISSAL

The United States, the state plaintiffs in Docket No. 17-cv-12543 ("Plaintiff States"), and Relators Geordie Sanborn, Cheryl Lovell, and William McKusick (collectively, "Plaintiffs") hereby seek dismissal in part of these actions pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(b)(1), and in accordance with the terms of the settlement agreement with Defendant Athenahealth, Inc. ("Athena"). Plaintiffs seek dismissal of these actions as to Athena: 1) with prejudice to Relators; 2) with prejudice to the United States as to the United States' Complaint in Intervention; 3) without prejudice to the United States as to all other claims; and 4) without prejudice to the Plaintiff States. This Notice of Dismissal does not seek dismissal of any claims reserved by the terms of the settlement agreement, nor does it seek dismissal of Relators' claims for attorneys' fees, expenses, and/or costs pursuant to 31 U.S.C. § 3730(d)(1) and its state analogs, and/or a share of the proceeds of the settlement agreement pursuant to 31 U.S.C. § 3730(d)(1).

Plaintiffs respectfully request that the Court enter an order in the form of the attached proposed order.

Dated: February 4, 2021                          Respectfully submitted,


**UNITED STATES OF AMERICA**                     **RELATOR GEORDIE SANBORN**

BRIAN M. BOYNTON                                 By: */s/ Stephen S. Churchill*_____
Acting Assistant Attorney General                STEPHEN S. CHURCHILL (BBO # 564158)
                                                 Fair Work, P.C.
ANDREW E. LELLING                                192 South Street, Suite 450
United States Attorney                           Boston, MA 02111
                                                 (617) 607-3260
By: */s/ David J. Derusha*_____                 steve@fairworklaw.com
DAVID J. DERUSHA
JESSICA J. WEBER                                 *Counsel for Relator Sanborn*
Assistant U.S. Attorneys
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
david.derusha@usdoj.gov
jessica.j.weber@usdoj.gov                         **RELATORS CHERYL LOVELL AND**
                                                  **WILLIAM MCKUSICK**
JAMIE ANN YAVELBERG
EDWARD C. CROOKE                                  By: */s/ Suzanne E. Durrell*_____
J. ANDREW JACO                                    SUZANNE E. DURRELL (BBO # 139280)
NICHOLAS C. PERROS                                Whistleblower Law Collaborative LLC
Attorneys, Civil Division                         20 Park Plaza, Suite 438
United States Department of Justice               Boston, MA 02116
Post Office Box 261, Ben Franklin Station         suzanne@thomasdurrell.com
Washington, D.C. 20044
202-616-2629                                      *Counsel for Relators Lovell and McKusick*
nicholas.c.perros@usdoj.gov

*Attorneys for the United States*


                                                  **COMMONWEALTH OF**
                                                  **MASSACHUSETTS**
                                                  *For the Plaintiff States*

                                                  MAURA HEALY
                                                  Attorney General

                                                  By: */s/ Philip Schreiber*_____
                                                  PHILIP SCHREIBER (BBO # 667288)
                                                  Assistant Attorney General
                                                  Medicaid Fraud Division
                                                  One Ashburton Place, 18th Floor
                                                  Boston, MA 02108
                                                  (617) 963-2167
                                                  philip.schreiber@mass.gov