UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* Geordie Sanborn, Cheryl Lovell, and William McKusick, <br> Plaintiffs, <br> v. <br> ATHENAHEALTH, INC., <br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 17-cv-12125-ADB <br> No. 17-cv-12543-ADB |

**ORDER ON PLAINTIFFS' JOINT NOTICE OF PARTIAL DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the terms of a settlement agreement with the defendant, the United States of America, the Plaintiff States (including each plaintiff state, commonwealth, and the District of Columbia), and Relators Geordie Sanborn, Cheryl Lovell, and William McKusick have filed a Joint Notice of Dismissal. It is hereby ORDERED that these actions shall be dismissed in part. The dismissal is 1) with prejudice to Relators; 2) with prejudice to the United States as to the United States' Complaint in Intervention; 3) without prejudice to the United States as to all other claims; and 4) without prejudice to the Plaintiff States.

This order does not dismiss Relators' claims for attorneys' fees, expenses, and/or costs pursuant to 31 U.S.C. § 3730(d)(1) and its state analogs, and/or a share of the proceeds of the settlement agreement pursuant to 31 U.S.C. § 3730(d)(1).

Dated: 2/5/2021

_____
ALLISON D. BURROUGHS
United States District Judge