```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

United States of America et al.
          Plaintiff,

     v.
                                        CA No. 17-12125-ADB

AthenaHealth, Inc et al
          Defendant,


                         ORDER OF RECUSAL

BURROUGHS, D.J.

   I hereby recuse myself in this proceeding pursuant to 28 U.S.C. § 455 (a).  The case will be redrawn to another district judge in the Eastern Division.
SO ORDERED.


                                   /s/ Allison D. Burroughs
                                   Allison D. Burroughs
                                   United States District Judge

Dated: 3/16/2021