# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Geordie Sanborn, Cheryl Lovell, and William McKusick, *Plaintiffs,* v. ATHENAHEALTH, INC., *Defendant.* | No. 17-cv-12125-NMG<br>No. 17-cv-12543-NMG |

## RELATORS' MOTION FOR STATUS CONFERENCE

Relator Geordie Sanborn and Relators Cheryl Lovell and William McKusick (together, "Relators") respectfully request a telephonic or video status conference in the above matter. In support of their request, Relators state as follows:

1. Qui tam complaints in this matter were filed under seal on October 30, 2017 and December 22, 2017.

2. The United States filed a notice of election to intervene on January 22, 2021 and filed its complaint in intervention on January 25, 2021. ECF Nos. 59 and 60.

3. The United States, Relators, and Defendant executed a settlement agreement on January 27, 2021. Settlement Agreement, attached hereto as Exhibit A.

4. On February 4, 2021, the United States and Relators filed a notice of voluntary dismissal. ECF No. 63.

5. On February 5, 2021, the Court dismissed in part Plaintiffs' claims. ECF No. 64. However, the Court "d[id]not dismiss Relators' claims for attorneys' fees, expenses, and/or costs pursuant to 31 U.S.C. § 3730(d)(1) and its state analogs[.]" *Id*.

6. 31 U.S.C. § 3730(d)(1) states, in part, that any person who recovers a portion of a settlement's proceeds "shall also receive an amount for reasonable expenses which the court finds to have been necessarily incurred, plus reasonable attorneys' fees and costs. All such expenses, fees, and costs shall be awarded against the defendant."

7. Consistent with 31 U.S.C. § 3730(d)(1), the settlement agreement states that "Relators' claims for reasonable attorneys' fees, expenses, and costs pursuant to 31 U.S.C. § 3730(d)(1) and/or its state analogs shall not be dismissed until they are settled, adjudicated, or otherwise resolved[.]" Ex. A, at ¶ 13.

8. The settlement agreement further provides that "[t]he Parties agree that the United States District Court shall have continuing jurisdiction to issue orders with regard to any disputes over the amounts for expenses [and] attorneys' fees and costs[,]" and that "any petition(s) for Relators' attorney's fees, costs, and expenses, shall not be due until 60 days after the Court enters judgment." *Id*. Accordingly, Relators' fee petitions are currently due on April 6.

9. Defendant has represented, and Relators agree, that litigation regarding Relators' attorneys' fees and costs is likely. ECF No. 67.

10. On March 16, Judge Burroughs recused herself and this case was transferred to this Court. ECF Nos. 68, 69.

11. On March 23 and 24, Relators served discovery on Defendant in connection with the fee litigation.

12. Relators believe that a status conference will help promote efficient litigation and preserve the Court's and parties' resources by establishing a procedure by which the parties will brief their motions for attorneys' fees, expenses, and costs and any potential related discovery disputes.

13. In light of the Court's March 23 order requesting a joint status report on March 30, ECF No. 70, Relators additionally believe that a status conference in advance of March 30 will enable the parties to provide the Court with a status report that effectively addresses the issues relevant to the Court.

## CONCLUSION

For the foregoing reasons, Relators respectfully request that the Court set a telephonic or video status conference in this matter.

Dated: March 25, 2021

Respectfully submitted,

**RELATOR GEORDIE SANBORN**

By: /s/ Andrew D. Schlichter
Andrew D. Schlichter*
Joel D. Rohlf*
SCHLICHTER BOGARD & DENTON, LLP
100 South Fourth Street, Suite 1200
St. Louis, Missouri 63102
(314) 621-6115
aschlichter@uselaws.com
jrohlf@uselaws.com
*pro hac vice pending*

Steve Churchill
FAIR WORK, P.C.
192 South St. #450
Boston, MA 02111
(617) 607-3260
steve@fairworklaw.com

*Counsel for Relator Sanborn*

**RELATORS CHERYL LOVELL AND WILLIAM MCKUSICK**
By: /s/ Suzanne E. Durrell
Suzanne E. Durrell
Whistleblower Law Collaborative LLC
20 Park Plaza, Suite 438
Boston, MA 02116
suzanne@thomasdurrell.com

*Counsel for Relators Lovell and McKusick*

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 25, 2021, a copy of the foregoing was filed electronically used the Court's CM/ECF system, which will provide notice of the filing to all counsel of record.

/s/ Andrew D. Schlichter

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), undersigned counsel certifies that he has conferred with defense counsel regarding this motion for a status conference.

/s/ Andrew D. Schlichter