UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. Geordie Sanborn, Cheryl Lovell, and William McKusick, <br>                 Plaintiffs, <br> v. <br> ATHENAHEALTH, INC., <br>                 Defendant. | No. 17-cv-12125-NMG <br> No. 17-cv-12543-NMG |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated March 23, 2021 (ECF No. 70), Relators Geordie Sanborn, Cheryl Lovell and William McKusick and Defendant athenahealth, Inc. (collectively, the "Parties") respectfully submit this joint status report.

1. <u>Status</u>: Defendant, Relators, and the United States settled this False Claims Act matter on January 27, 2021. The settlement did not dismiss the Relators' claims for attorneys' fees, expenses, and/or costs under 31 U.S.C. § 3730(d)(1). All that remains of this matter is litigation relating to Relators' fees, expenses, and costs.

2. The due date provided in the settlement agreement between the United States, Relators, and Defendant for the submission of Relators' fee motions is April 6, 2021. Defendant expects to oppose the claims of Relators.

3. <u>Discovery</u>: Relators served discovery requests on Defendant related to Defendant's hours expended, rates charged, and basis for objecting to Relator time entries on March 23 and 24, 2021. The Parties disagree as to whether discovery is necessary or permissible.

4. <u>Pending Motion</u>: There is one pending motion before the Court: Relators' Motion for a Status Conference, filed on March 25, 2021 (ECF No. 74).

5. <u>Proposed Scheduling Order</u>:  The Parties respectfully propose that the Court enter a scheduling order concerning Relators' fees, costs, and expenses.

Relators propose the following schedule:

- Relators' fee petitions:  21 days after completion of discovery (including the resolution of any discovery issues)

- Defendant's oppositions:  28 days after Relators' fee petitions

- Relators' replies:  14 days after Defendant's oppositions

Defendant proposes the following schedule:

- Relators' fee petitions: April 9, 2021  (an additional three day extension beyond the date chosen in the settlement agreement as an accommodation to Relators' counsel's personal commitments)

- Defendant's oppositions:  28 days after Relators' fee petitions (May 7, 2021)

- Relators' replies:  14 days after Defendant's oppositions (May 21, 2021)

Date: March 30, 2021                                    Respectfully submitted,

/s/ Andrew D. Schlichter                                /s/ Mark W. Pearlstein
Andrew D. Schlichter*                                   Mark W. Pearlstein (BBO #542064)
Joel D. Rohlf*                                          Sarah E. Walters (BBO #638378)
SCHLICHTER BOGARD & DENTON LLP                          MCDERMOTT WILL & EMERY LLP
100 South Fourth Street, Suite 1200                     200 Clarendon Street, Floor 58
St. Louis, Missouri 63102                               Boston, Massachusetts 02116
Tel: (314) 621-6115                                     Tel: (617) 535-4000
aschlichter@uselaws.com                                 mpearlstein@mwe.com
jrohlf@uselaws.com                                      sewalters@mwe.com
*admitted pro hac vice

                                                        *Counsel for athenahealth, Inc.*

Stephen S. Churchill
FAIR WORK, P.C.
192 South Street, Suite 450
Boston, Massachusetts 02111
Tel: (617) 607-3260
steve@fairworklaw.com

*Counsel for Geordie Sanborn*

/s/ Suzanne E. Durrell
Suzanne E. Durrell
WHISTLEBLOWER LAW COLLABORATIVE
20 Park Plaza, Suite 438
Boston, Massachusetts 02116
Tel: (617) 371-0936
suzanne@whistleblowerllc.com

*Counsel for Relators Lovell and McKusick*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of March 2021, a true and correct copy of the foregoing was served by electronic means through the ECF filing system, concurrent with the filing of this document, to:

David J. Derusha
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210
617.748.3100
david.derusha@usdoj.gov

Stephen S. Churchill
Fair Work, P.C.
192 South Street, Suite 450
Boston, MA 02111
617.607.3260
steve@fairworklaw.com

Jessica J. Weber
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210
617.748.3303
jessica.j.weber@usdoj.gov

Suzanne E. Durrell
Whistleblower Law Collaborative
20 Park Plaza, Suite 438
Boston, MA 02116
617.371.0936
suzanne@whistleblowerllc.com

Nicholas C. Perros
United States Department of Justice
Commercial Litigation Branch
175 N Street, NE, # 9.117
Washington, DC 20002
202.616.2629
Email: nicholas.c.perros@usdoj.gov

Andrew Schlichter
Schlichter Bogard & Denton
100 South Fourth Street, Suit 1200
Saint Louis, MO 63102
314.884.7681
aschlichter@uselaws.com

*/s/ Sarah E. Walters*
Sarah E. Walters