IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Geordie Sanborn, Cheryl Lovell, and William McKusick,<br><br>　　　　　　　　　　*Plaintiffs*,<br>v.<br><br>ATHENAHEALTH, INC.,<br><br>　　　　　　　　　　*Defendant*. | No. 17-cv-12125-NMG<br>No. 17-cv-12543-NMG |

### MOTION BY PLAINTIFFS-RELATORS CHERYL LOVELL AND WILLIAM MCKUSICK FOR AWARD OF REASONABLE EXPENSES, ATTORNEYS' FEES, AND COSTS UNDER THE FALSE CLAIMS ACT, 31 U.S.C. §3730(d)(1)

Plaintiffs-Relators Cheryl Lovell and William McKusick (together, "Relators") in Consolidated Case No. 17-cv-12543-NMG, by, through and on behalf of their attorneys of record, move for an award of reasonable expenses, attorneys' fees and costs incurred in their False Claims Act *qui tam* action against defendant Athenahealth, Inc. ("Athena").

This motion is brought pursuant to the False Claims Act. 31 U.S.C. § 3730(d)(1) and is grounded in the fact that Relators are *qui tam* plaintiffs in this action, the United States intervened in and proceeded with their action, and the Relators, the United States, and Athena settled the *qui tam* action. This entitles Relators to an award under the Act, where all "expenses, fees, and costs shall be awarded against the defendant." *Id*.

1

In support of this Motion, Relators file herewith:

1. Memorandum of Points and Authorities;

2. Declaration of Attorney Michael Behn;

3. Declaration of Attorney Royston Delaney;

4. Declaration of Attorney Suzanne Durrell; and

5. Declaration of Attorney Robert Patten.

In addition, Relators rely on the Motion, Memorandum, and supporting declarations filed on behalf of Relator Geordie Sanborn.

WHEREFORE, the Relators respectfully submit that this Motion should be allowed.

## REQUEST FOR ORAL ARGUMENT

Pursuant to L.R. 7.1(d), Relators request oral argument to address this Motion.

Date: April 9, 2021

Respectfully submitted,

**RELATORS CHERYL LOVELL AND WILLIAM MCKUSICK**

By: /s/ Suzanne E. Durrell
Suzanne E. Durrell (BBO #139280)
Email: suzanne@whistleblowerllc.com
Linda C. Severin (BBO #674535)
Email: linda@whistleblowerllc.com
WHISTLEBLOWER LAW COLLABORATIVE LLC
20 Park Plaza, Suite 438
Boston, MA  02116-4334
Tel: (617) 366-2800

*Counsel for Relators Lovell and McKusick*

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), Relators' undersigned counsel certify they attempted to resolve this fees dispute with counsel for defendant Athenahealth, Inc. but were unable to reach agreement.

By: /s/ Suzanne E. Durrell
Suzanne E. Durrell

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 9, 2021, a copy of the foregoing was filed electronically used the Court's CM/ECF system, which will provide notice of the filing to all counsel of record.

By: /s/ Suzanne E. Durrell
Suzanne E. Durrell