United States District Court
District of Massachusetts

```
                                  )
United States of America et al., )
                                  )
        Plaintiffs,               )
                                  )
        v.                        )
                                  )     Civil Action No.
AthenaHealth, Inc.,               )     17-12125-NMG
                                  )
        Defendant.                )
                                  )
                                  )
```

## ORDER

**GORTON, J.**

Having considered the pending motion for a status conference (Docket No. 74) and the joint status report (Docket No. 75), this Court hereby directs that:

- all fee petitions by relators, if any, shall be filed on or before Friday, April 16, 2020;

- oppositions by defendant, if any, shall be filed on or before Friday, May 14, 2021; and

- reply memoranda by relators, if any, not to exceed 10 pages each, shall be filed on or before Friday, May 28, 2021.

No discovery with respect to the relators' claims for attorneys' fees, expenses and or costs pursuant to 31 U.S.C.

- 1 -

§ 3730(d)(1) is deemed necessary and, accordingly, the motion for a status conference (Docket No. 74) is **DENIED**.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated April 12, 2021